[No. 27016.  Department One.  June 22, 1938.]

ARTHUR H. CALLAHAN, *Appellant,* v. HARRY C. HUSE, *as Director of Licenses, Respondent.*[1]

*George F. Ward,* for appellant.

*The Attorney General, W. A. Toner* and *John E. Belcher, Assistants,* for respondent.

PER CURIAM.—The question raised on this appeal is identical with the one decided in *Petroleum Lease Properties Co. v. Huse, ante* p. 254, 80 P. (2d) 774.  The judgment of the superior court is accordingly reversed, and the cause remanded for further proceedings in accordance with the views expressed in our opinion in *Petroleum Lease Properties Co. v. Huse.*